Certificate Number: 05781-PR-DE-041620885

Bankruptcy Case Number: 26-04652

05781-PR-DE-041620885

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 30, 2026, at 1:05 o'clock PM PDT, Gabriela Jeanelys Aguero Torres completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: October 30, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President